**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

October 8, 2013

99 GARNSEY ROAD
PITTSFORD, NY 14534
(585) 419-8800

DANIEL J. MOORE

DIRECT: (585) 419-8626
FAX:    (585) 419-8817
DMOORE@HARRISBEACH.COM

VIA FACSIMILE – (585) 613-4055
AND REGULAR MAIL

Honorable Charles J. Siragusa
United States District Judge
United State District Court for the
Western District of New York
100 State Street
Rochester, NY 14614

RECEIVED
OCT 1 0 2013
CHARLES J. SIRAGUSA
United States District Judge
Western District of New York

Re: **Equal Employment Opportunity Commission v. Founders Pavilion, Inc.**
    **Civil Case No.: 13-cv-6250 (CJS)**

Dear Judge Siragusa:

This firm represents the Defendant in the above-captioned matter, and we are in receipt of the Equal Employment Opportunity Commission's ("EEOC") Motion for Continuance in this case based upon the recent Federal Government shutdown. At the time of the shutdown, the parties were engaged in settlement negotiations with the Defendant's Answer due on October 16, 2013.

Defendant has no objection to the EEOC's Motion for Continuance and further requests that, given the circumstances and the possibility for an early resolution, the time for the Defendant to answer or otherwise respond to the Complaint in this action be extended until forty-five days after the date on which appropriations are restored for funding the Federal Government operations. We have spoken to EEOC counsel's office and there is no objection to this request.

Should the Court have questions relating to this matter, please do not hesitate to contact to the undersigned.

I thank the Court for its consideration of this request.

Respectfully,

Daniel J. Moore

DJM:kmt

cc: Roy Galewski, Esq.
    Konrad Batog, Esq. (*via facsimile and regular mail*)
    Elizabeth Grossman (*via facsimile and regular mail*)

000506 2123493v1

SO ORDERED.

Charles Siragusa
CHARLES J. SIRAGUSA
U.S. District Judge
DATE Oct 15, 2013