UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

v.

FOUNDERS PAVILION, INC.,

        Defendant.

**STIPULATION AND ORDER**
Case No. 13-CV-6250(CJS)

---

WHEREAS, defendant Founders Pavilion, Inc.'s ("Founders") answer or other responsive pleading to the Complaint in this action is due on December 2, 2013;

WHEREAS, plaintiff Equal Employment Opportunity Commission ("EEOC") and defendant Founders are attempting to negotiate a resolution of this action in the form of a consent decree;

WHEREAS, no scheduling order has yet been issued in this action;

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the plaintiff EEOC and defendant Founders that the time for defendant Founders to answer or otherwise respond to the Complaint in this action be, and the same hereby is, extended until and through December 31, 2013 to allow the parties time to complete and finalize a consent decree, and the Court to review and approve the consent decree.

Dated: November 21, 2013

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

By: s/ Konrad Batog

Konrad Batog, Esq.
Trial Attorney
EEOC - NY District Office
33 Whitehall Street, 5th Floor
New York, New York 10004
Tel: (212) 336-3694
Fax: (212) 336-3623
konrad.batog@eeoc.gov

Dated: November 21, 2013

HARRIS BEACH PLLC

By: s/ Daniel J. Moore

Daniel J. Moore, Esq.
*Attorneys for Defendant*
99 Garnsey Road
Pittsford, New York 14534
Tel: (585) 419-8800
Fax: (585) 419-8817
dmoore@harrisbeach.com

SO ORDERED:

_____
HON. CHARLES J. SIRAGUSA
United States District Judge

Date: Nov. 26, 2013